

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

FILED

| | |
|---|---|
| DAMON Oden <br> *Plaintiff* <br> *(Write your full name. No more than one plaintiff may be named in a complaint.)* <br><br> -v- <br><br> Jimmy Kilgory; Sheriff <br> Ron Smith; Jail Administrator <br> Ken Flowers, Dept Chief <br> SGT. Colney <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2017 MAY 31  P 12: 11 <br><br> U.S. DISTRICT COURT <br> N.D. OF ALABAMA <br><br> Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br><br> **1:17-cv-00891-KOB-HGD** |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

## I.      The Parties to this Complaint

## A.      The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | DAMON Oden E. |
| All other names by which you have been known: | |
| ID Number | 75 75 1. |
| Current Institution | TAlladega Co. JAil |
| Address | P.O. Box B |
| | TAlladega          AlAbama      36161 |
| | *City*                    *State*        *Zip Code* |

## B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jimmy Kilgore |
| Job or Title *(if known)* | Sheriff |
| Shield Number | |
| Employer | Talladega County Sheriff Dept. |
| Address | P.D. Box 996 |
| | TAlladega          AlA      35161 |
| | *City*                *State*     *Zip Code* |

☑ Individual Capacity     ☐ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Ron Smith |
| Job or Title *(if known)* | Jail AdmiNistrAtor |
| Shield Number | |
| Employer | TAlladega County Jail |
| Address | P.O. Box 996 |
| | TAlladega          AlA      35161 |
| | *City*                *State*     *Zip Code* |

☑ Individual Capacity     ☐ Official Capacity

2

Defendant No. 3

Name: Ken Flowers

Job or Title *(if known)*: Dept: Chief

Shield Number:

Employer: Talladega County Jail

Address: P.D. Box 996

Talladega      Alabama   35161
*City*     *State*    *Zip Code*

☑ Individual Capacity    ☐ Official Capacity

Defendant No. 4

Name: Sgt. Cotney

Job or Title *(if known)*: Jail 2nd Shift Commander

Shield Number:

Employer: Talladega County Jail

Address: P.D. Box 996

Talladega      Ala    35161
*City*     *State*    *Zip Code*

☑ Individual Capacity    ☐ Official Capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th And 14th Amendment, by Not Given Plaintiff An Opportunity To Fresh Air, And being Inflicted with Cruel & UnUsual Punishment

3

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you
are suing under *Bivens,* what constitutional right(s) do you claim is/are being violated by federal
officials?
   _None Under federal officials Only State officials,_
   _HAVE violated the 8th And 14th Amendment,_

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of
Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant
acted under color of state or local law. If you are suing under *Bivens,* explain how each defendant
acted under color of federal law. Attach additional pages if needed.
   _By Violateing the sentue of the 8th And 14th Amendment_
   _While My being housed At Talladega County Jail,_

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☑   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other
   *(explain)*   _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved
in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to
include further details such as the names of other persons involved in the events giving rise to your
claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write
a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they
arose.
   _N-A_

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.
   _Talladega County Jail on 5-3-17_

4

C.   What date and approximate time did the events giving rise to your claim(s) occur?

_9:00AM on 5-3-2017_

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_Since my Incarceration Plaintiff has been violated by defendant's of his Above Claims of the 8th And 14th Amendments_

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

_Mental Anguish, Inusual Cruel Punishment, Stress, Pain And Suffering_

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_Im Requesting that this Court Allow this Talladega County to Show why they have violated Plaintiff 8th And 14th Amendment With Reasonable Reason If not that defendants Each grant Plaintiff $50,000, In Pain And Suffering from thier Cruel And Unusual Punishment._

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Talladega County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐  Yes

☑  No

☐  Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐  Yes

☑  No

☐  Do not know

If yes, which claim(s)?

_____

_____

6

**IX.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff        Damon Eugene Oden

Prison Identification #           75751

Prison Address                    P.O. Box 13

                                  Sylacauga          AL          35150
                                  *City*             *State*      *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/26/2017
               *(Date)*

               Damon Eugene Oden
               Signature of Plaintiff

10

THE SheRiff OF THE TALLADEGA COUNTY JAIL AND THE JAIL STAFF AND
ADMINISTRATION WHILE ACTING UNDER COLOR OF STATE LAW
HAS WILLFULLY AND INTENTIONALLY VIOLATED AND DISREGUARD
PLAINTIFF CONSTITUTIONAL RIGHTS UNDER EIGHT AND FOURTEENTH
AMENDMENTS WHERE AS THE PLAINTIFF WAS SECURED AND PROTECTED
WHILE BEING DETAINED IN RESTRAINT OF LIBERTY INTO CONFINEMENT

## CLAIM # 1

THE DEFENDANTS NAMED HEREIN HAS WILLFULLY VIOLATED PLAINTIFF
EIGHTH AMENDMENT RIGHTS TO FEDERAL CONSTITUTION SINCE
PLAINTIFF BEING HELD INTO CONFINEMENT. PLAINTIFF HAS NOT BEEN
TAKEN OUTSIDE TO RECEIVE FRESH AIR NOR SUN LIGHT WHAT SO EVER
DEFENDANTS HAS INFLICTED CRUEL AND UNUSUAL PUNISHMENT UPON
THE PLAINTIFF

## CLAIM # 2

THE defendants Name, Here in has willfully violated
plaintiff fourteenth Amendment to federal Constitution
Since plaintiff, Being held into Confinement The
defendants, has not provided or Afforded The plaintiff
opportunity or Access, to a Reasonably Adequate, Law
library, for preparation of legal Actions.

## Claim # 3

The defendants, Name Here in has willfully
violated plaintiff Fourteenth Amendment due
rocess Clause, The defendant has Shown Deliberate
indifference. The defendants, has not protected
plaintiff under, The Equal protection Clause of
The Fourteenth Amendment from Invidious
discrimination The Female Inmates Are Allowed

## Claim #3

To go outside Daily, While the male Inmates, being denied Daily this Federal, Constitation Right by the Defendants wich is their policy.

## Claim #4

The defendants Here in Joann Linier The Mail Personnel And the Jail Administrator has Violated the plaintiff first Amendment Constitutionl Rights of Due Process clause, The Defendant is opening the plaintiff Legal mail with out Plaintiff being present The Legal Mail is being Served Late at night upon the Plaintiff, Defendant is not Keeping Record that legal mail are Being distributed This mail Procedure is inadaquate And inproper and unconstitional and its in a Violation of The 1st Amendment.

This is an ongoing unconstitional procedures the defendants Here in, has Inflicted upon the plaintiff while Acting under the color of state law.

Executed 5 26 2017

X Daman Eugene Oden